# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155498(53)

NORTH AMERICAN BROKERS, LLC,
and MARK RATLIFF,
　　　　　Plaintiffs-Appellees,

v

HOWELL PUBLIC SCHOOLS,
　　　　　Defendant-Appellant,
and

ST. JOHN PROVIDENCE,
　　　　　Defendant.
_____/

SC: 155498
COA: 330126
Livingston CC: 15-028669-CH

　　　　On order of the Chief Justice, the motion of the Michigan Realtors to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 7, 2018, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

　　　　March 9, 2018

Clerk